**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1645**

---

UZOMA CHIDOZIE ANUKWUEM,

                                           Petitioner,

     versus

U.S. IMMIGRATION & NATURALIZATION SERVICE,

                                           Respondent.

---

On Petition for Review of an Order of the Board of Immigration Appeals. (A71-033-474)

---

Submitted:  November 7, 1996       Decided:  November 18, 1996

---

Before RUSSELL and WIDENER, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Uzoma Chidozie Anukwuem, Petitioner Pro Se.  Richard Michael Evans, Michelle Arlene Gluck, Brenda Elaine Ellison, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks review of the Board of Immigration Appeals' decision and order affirming the immigration judge's decision finding the Appellant deportable and denying his application for suspension of deportation. Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we deny the petition upon the reasoning of the Board. Anukwuem v. INS, No. A71-033-474 (B.I.A. Apr. 1, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2